IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00534-AP

MYRNA A. LOFLIN o/b/o

REBECCA A. LOFLIN, deceased,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed**: 3/1/13

   **B.     Date Complaint Was Served on U.S. Attorney's Office**: 4/19/13

   **C.     Date Answer and Administrative Record Were Filed**: 6/18/13

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.     OTHER MATTERS**

The parties state that there are no other matters.

**8.     BRIEFING SCHEDULE**

   **A.     Plaintiff's Opening Brief Due**: 8/19/13

   **B.     Defendant's Response Brief Due**: 9/18/13

   **C.     Plaintiff's Reply Brief (If Any) Due**: 10/3/13

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

      **A.     Plaintiff's Statement:** Plaintiff does not request oral argument.

      **B.     Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.     (  )    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 2nd day of July, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| s/ Michael Seckar<br>402 W. 12th Street<br>Pueblo, CO 81003<br>719-473-1515<br>719-543-8403 (facsimile)<br>seckarlaw@mindspring.com<br><br>Attorneys for Plaintiff | John F. Walsh<br>United States Attorney<br><br>**By:** s/ *David I. Blower*<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>303-844-1571<br>303-844-0770 (facsimile)<br>David.blower@ssa.gov<br>Attorneys for Defendant |

- 4 -