IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00534-AP

MYRNA A. LOFLIN, on behalf of
REBECCA A. LOFLIN, deceased,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the ORDER OF REMAND entered by the Honorable Judge John L. Kane, on September 27, 2013, it is hereby

ORDERED that this civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of the court's order.

DATED at Denver, Colorado this 30th day of September, 2013.

    FOR THE COURT,
    JEFFREY P. COLWELL, Clerk

    By: s/Megan Fields
    Megan Fields, Deputy Clerk