IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-534-AP**

**MYRNA A. LOFLIN, on behalf of**
**REBECCA A. LOFLIN, deceased,**

Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

Defendant.

## ORDER

Kane, J.

The document entitled Stipulated Fees Under the Equal Access to Justice Act, (doc. #23), filed December 27, 2013, is **APPROVED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$2,801.74**.

Dated at Denver, Colorado, this 8th day of January, 2013.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT